**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**HON. ROY K. ALTMAN**

**ORDER SCHEDULING VIDEO STATUS CONFERENCES**

A status conference session has been scheduled to consider various matters before the Court. The Plaintiffs' Complaints allege violations of one of the following: the Americans with Disabilities Act ("ADA"), 42 U.S.C. § 12181, *et seq*; the Fair Credit Reporting Act (the "FCRA"), 15 U.S.C. 1681, *et seq.*; the Fair Debt Collection Practices Act (the "FDCPA"), 15 U.S.C. §§ 1692–1692p, *et seq*; or the Fair Labor Standards Act (the "FLSA"), 29 U.S.C. § 203. Consistent with the Court's practices in these cases, counsel shall appear at a status conference on **Thursday, January 21, 2021 at 10:00 a.m**. Matters scheduled for consideration at this session are listed below with corresponding times. The conference will be conducted via Zoom videoconference. The meeting ID is 160 149 9629 and the password is 7777. The videoconference is also available at https://www.zoomgov.com/j/1601499629?pwd=b1RsT3RkVnRrczMzTzJxZ0xMNWJodz09. Counsel must not utilize speakerphone functionality during the hearing. If possible, counsel should use a landline. Accordingly, the Court hereby **ORDERS** as follows:

1. The Clerk is **DIRECTED** to file this Order in **each** of the below cases.

2. The parties are not personally required to appear, but a representative of each party with full authority to enter a full compromise must appear.

3. If an agreement is reached, the parties shall promptly notify the Court.

4. The Plaintiff's counsel must appear with the entire case file. **If any of the Defendants have not yet appeared, the Plaintiff must serve a copy of this**

**Order on any such Defendant within two business days of the date of this Order.**

5. Counsel are **ORDERED** to confer with opposing counsel beforehand to confirm mutual attendance.

   a. 20-cv-62661 – *Patti v. West Palm Beach Acquisitions*

   b. 20-cv-62533 – *Cohan v. Baja Café Celest, Inc.*

   c. 20-cv-62377 – *Cohan v. Sunshine Gasoline Distributors, Inc.*

   d. 20-cv-62480 – *Petersen v. Michaels Stores, Inc.*

   e. 21-cv-60004 – *Gomez v. Mission BBQ Market Partners of S. Florida*

   f. 20-cv-62265 – *Brito v. ARCP RL Portfolio VI, LLC et al.*

   g. 20-cv-62445 – *Saris-Szyfter v. Public Storage, Inc.*

   h. 20-cv-62575 – *Barberi v. Murphy Bed Services, Inc. et al.*

   i. 20-cv-62511 – *Vilarino v. Event Effects Group*

   j. 20-cv-62642 – *Forte v. Goldman Sachs Bank USA*

**DONE AND ORDERED** in Fort Lauderdale, Florida, this 8th day of January 2021.

_____
**ROY K. ALTMAN**
**UNITED STATES DISTRICT JUDGE**

cc: counsel of record