IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| CANDICE PATTI,<br><br>　　　　Plaintiff,<br><br>v.<br><br>WEST PALM BEACH ACQUISITIONS, INC., d/b/a GREENWAY KIA WEST PALM BEACH,<br><br>　　　　Defendant. | CASE NO. 20-CV-62661-RKA |

**DEFENDANT'S UNOPPOSED MOTION FOR EXTENSION OF TIME
TO RESPOND TO COMPLAINT**

Defendant West Palm Beach Acquisitions, Inc., d/b/a Greenway Kia West Palm Beach ("Greenway Kia"), pursuant to Federal Rule of Civil Procedure 6(b)(1)(A), respectfully requests this Court enter an order extending the time for Defendant to respond to the complaint in this action, and states:

　　1.　　Defendant's response to the complaint is due January 19, 2021.

　　2.　　Rule 6(b) provides that "[w]hen an act may or must be done within a specified time, the court may, for good cause, extend the time … with or without motion or notice if the court acts, or if a request is made, before the original time or its extension expires."  Fed. R. Civ. P. 6(b)(1)(A).

　　3.　　Defendant respectfully requests a one-week extension of the current deadline to respond to the complaint in this matter.

　　4.　　The undersigned counsel has just been retained to represent Greenway Kia and requires an extension of time through and including Tuesday, January 26, 2021, to confer with his

client, become familiar with the background and facts of this case, and prepare a response to the complaint.

5. Defendant respectfully submits that good cause exists to extend the deadline to allow additional time.

6. This motion is not being filed for the purposes of delay, and the granting of the one-week extension will not prejudice any party.

## Memorandum of Law

District Courts have broad discretion in managing their cases. *See Chrysler International Corp. v. Chenaly*, 280 F.3d 1358, 1360 (11th Cir. 2002); *see also Johnson v. Board of Regents of University of Georgia*, 263 F.3d 1234, 1269 (11th Cir. 2001). For good cause shown this Court may extend Defendant's deadline to respond to the Complaint. Fed. R. Civ. P. 6(b)(1)(A)

## Conferral Pursuant to Local Rule 7.1(a)(3)

Pursuant to Local Rule 7.1(a)(3), Defendant's counsel conferred with Plaintiff's counsel, who does not oppose the requested relief.

WHEREFORE, Defendant Greenway Kia respectfully requests this Court enter an order extending the time for Defendant to respond to the complaint in this action until January 26, 2021.

Respectfully submitted this 14th day of January, 2021,

/s/ Jason Zimmerman
Jason Zimmerman
Florida Bar No. 104392
Primary: jason.zimmerman@gray-robinson.com
Secondary: cindi.garner@gray-robinson.com
Secondary: kathy.savage@gray-robinson.com
**GrayRobinson, P.A.**
301 E. Pine Street, Suite 1400 (32801)

>P.O. Box 3068
>Orlando, Florida 32802
>Telephone: (407) 843-8880
>Facsimile: (407) 244-5690
>
>*Attorneys for Defendant, West Palm Beach Acquisitions, Inc., d/b/a Greenway Kia West Palm Beach*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on January 14, 2021, a true and correct copy of the foregoing was filed through the CM/ECF system which will serve an electronic copy on Jibrael S. Hindi, Esq., [jibrael@jibraellaw.com], The Law Offices of Jibrael S. Hindi, 110 SE 6th Street, Suite 1744, Fort Lauderdale, FL 33301.

>*/s/ Jason Zimmerman*
>Jason Zimmerman
>Florida Bar No. 104392